Viola Ellen Wollard, administratrix of estate of Francis Marion Wollard, deceased, appellee, v. M. Quinn, administrator of estate of Lester Norman, deceased, appellant.

 Heard in this court at the May term, 1938. Opinion filed November 7, 1938.

Loyd M. Bradley and D. L. Duty, for appellant. Orville L. Wollard and A. D. Morgan, for appellee.

Mr. Presiding Justice Murphy delivered the opinion of the court.